## No. 13,986.

## THE NEW ALBANY AND EASTERN RAILWAY COMPANY *v.* MEYERS ET AL.

From the Floyd Circuit Court.

*A. Dowling,* for appellant.

*C. L. Jewett* and *H. E. Jewett,* for appellees.

ELLIOTT, C. J.—Affirmed on the authority of *New Albany, etc., R. W. Co.* v. *Day, ante,* p. 337.

Filed Feb. 15, 1889.

## No. 13,985.

## THE NEW ALBANY AND EASTERN RAILWAY COMPANY *v.* DAY.

From the Floyd Circuit Court.

*A. Dowling,* for appellant.

*E. G. Henry, C. L. Jewett* and *H. E. Jewett,* for appellee.

ELLIOTT, C. J.—Affirmed on the authority of *New Albany, etc., R. W. Co.* v. *Day, ante,* p. 337.

Filed Feb. 15, 1889.

## No. 13,471.

## JOHNSON *v.* AHRENS ET AL.

From the Warren Circuit Court.

*C. V. McAdams,* for appellant.

*J. McCabe* and *E. F. McCabe,* for appellees.

BERKSHIRE, J.—The questions which are presented by the record of this cause and the errors assigned thereon are exactly the same as in the case of *Jones* v. *Ahrens,* 116 Ind. 490.

For the reasons given in the decision of that cause, this case must be affirmed.

The judgment is affirmed, with costs.

Filed Jan. 10, 1889.